

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00736-CV

Robyn Lynn **SHALIT** "Cross-Appellee",
Appellant

v.

Michael Lawrence **SHALIT** "Cross-Appellant",
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby NOTED.  Time is extended to January 24, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court